CA 00-86
appeal part pay
receipt 06-217

```
       UNITED STATES
      DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
         ERIE Division

   # 06080217 - Cm  dm
   February 13, 2006

   Code   Case #   Qty    Amount

   APPEAL  00-86              3.24


   TOTAL->                    3.24



   FROM: 003, 507 -04
         RONALD J JACKSON
         400 EAST ST SW BOX 407
         WASHINGTON DC 19539
```