CA 00-86 E
appeal part pay
receipt # 060306

```
      UNITED STATES
      DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
          ERIE Division

      # 06000306 - DM
        April 10, 2006

  Code   Case #   Qty      Amount

  APPEAL D 00-86 E         3.60 CH


  TOTAL→                   3.60



  FROM: DOJ, BOP FOR R. BILDERBECK
        FEDERAL MEDICAL CENTER
        PO BOX 14500
        LEXINGTON KY  40511
```