CA 00-86 E
appeal part pay

receipt # 06000341