```
        UNITED STATES
        DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
             ERIE Division

        #  06000373  - SP
           June 7, 2006


     Code   Case #    Qty      Amount

     FIRSTAPP 00-86ERIE         4.80 CH


     TOTAL→                     4.80



     FROM: U.S. TREASURY FOR RONALD
           BILDERBECK
```