```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

       # 06000412 - DM
        July 14, 2006

    Code   Case #   Qty      Amount

    FIRSTAPP 00-86 E          96.32 CH


    TOTAL→                    96.32


    FROM: US TREASURY FOR
          RONALD BILDERBECK
```

*appeal part pay*
*rcpt 06-412*

*CA 00-86*

*$96.32*