```
       UNITED STATES
       DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
           ERIE Division

    # 06000464 - SF
    August 15, 2006


    Code   Case #   Qty      Amount

    FIRSTPAFF CA-00-86E              4.32 CH


    TOTAL →                          4.32



    FROM: U.S. TREASURY FOR RONALD
          BILDERBECK
```

CA 00-86 E
pant pay
receipt #
06000464