**UNITED STATES
DISTRICT COURT**
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 07000059 - SP
November 13, 2006

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| FIRSTAPP | CA-00-86E | | 23.48 CH |
| 2NDAPPEA | CA-00-86E | | 86.52 CH |

TOTAL→          110.00

FROM: U.S. TREASURY FOR RONALD
      BILDERBECK

CA 00 - 86
appial part
pay

receipt #
07 - 59