```
       UNITED STATES
       DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
              ERIE DIVISION

    # 07000141 - SP
    January 16, 2007


    Code    Case #    Qty    Amount

    2NDAPPEA CA-00-86E             18.52 CH


    TOTAL -                        18.52



    FROM U.S. TREASURY TOP ROW
         OLDERBACK
```

CA 00-86 E
appeal part pay

receipt 07-141

$18.52

SCANNED